UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ARLEAVER C. PATTON

   Plaintiff,

V.                              CIVIL ACTION NO.
                                  1:10-cv-1182 RDB

GLOBAL CREDIT & COLLECTION
CORPORATION

   Defendant.                  AUGUST 18, 2010

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed **without** prejudice and without costs, subject to approval of the Court.

                                                THE PLAINTIFF

                                                BY/S/Bernard T. Kennedy
                                                Bernard T. Kennedy, Esquire
                                                The Kennedy Law Firm
                                                P.O. Box 657
                                                Edgewater, MD 21037
                                                Ph  (443) 607-8901
                                                Fax (443) 607-8903
                                                Fed. Bar # Md26843
                                                bernardtkennedy@yahoo.com

Request GRANTED This 18th Day of August, 2010

*[signature]*
Richard D. Bennett
United States District Judge

## CERTIFICATION

I hereby certify that on 8/18/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy